No. —, original. Ex parte Taylor Seals;
No. —, original. Ex parte T. J. Audette;
No. —, original. Ex parte John Konik;
No. —, original. Ex parte Jules A. Newman; and
No. —, original. Ex parte Thomas J. Mooney. December 5, 1938. Motions for leave to file petitions for writs of habeas corpus denied.

No. —, original. Ex parte Wm. P. Deppe. December 5, 1938. Motion for leave to file petition for writ of mandamus denied.

No. —, original. Ex parte Thomas J. Mooney. December 12, 1938. Motion for award of writ of habeas corpus denied.